# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
UNITED STATES COURTHOUSE
50 WALNUT STREET, NEWARK, NEW JERSEY

**GEORGE MICHAEL DOUMIT**
409 WASHINGTON STREET. # 124
HOBOKEN, NEW JERSEY 07030
Fl. Ph. MESG: (561) 346-5994
**VICTIM/PLAINTIFF PRO SE**

RECEIVED WILLIAM T. WALSH, CLERK
2004 SEP -3 P 4:48
UNITED STATES DISTRICT COURT

--------------------------------------------------

| | |
|---|---|
| **GEORGE M. DOUMIT**<br>VICTIM/PLAINTIFF<br><br>-VS-<br><br>WEICHERT REALTORS<br><br>MR. WEICHERT: OWNER/C.E.O.<br><br>JOSEPH TAMBURO<br>MANAGER/BROKER/SALES REPRESENTATIVE OF WEICHERT REALTORS<br><br>PATRICK RICCIARDI<br>MANAGER/BROKER/SALES REPRESENTATIVE OF WEICHERT REALTORS<br><br>ADDITIONAL<br>INDIVIDUAL EMPLOYEES:<br>AND/OR INDEPENDENT CONTRACTORS<br>OF WEICHERT REALTORS<br>TO FOLLOW<br>UPON JOINDER AND AMENDMENT<br><br>**DEFENDANTS** | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action Docket No.<br><br>04-4319 (JLL)<br><br>**NOTICE OF CLAIM**<br>**OF COMPLAINT:**<br>AMENDMENT(S)<br>TOGETHER WITH<br>SUMMONS(S)<br>**TO FOLLOW** |

## NOTICE OF JOINDER OF
### ADDITIONAL INDIVIDUAL DEFENDANTS
### AND/OR SEPARATE REALTORS COMPANIES/CORPORATIONS
### DEFENDANTS
### AND/OR
### CITY, MUNICIPAL, COUNTY, AND/OR STATE GOVERNMENTAL
### DEPARTMENTS

**DEFENDANTS**
Including (but not limited to):
THE CITY OF HOBOKEN, NEW JERSEY;
EX-HOBOKEN MAYOR - ANTHONY RUSSO,
AND WIFE MICHELLE RUSSO,
AND SON MICHAEL RUSSO;
THE HOBOKEN CITY POLICE DEPARTMENT;
RIVERSIDE REALTY
RUSSO/NAIMA GRANDELLA;
REALTY EXPRESS
AND LABARBARRA AND SON
THE OWNERS OF SUCH;
HUDSON COUNTY
AND IT'S BOARD OF REALTORS;
STATE OF NEW JERSEY
AND IT'S DEPARTMENTS
OF BANKING AND INSURANCE
AND REAL ESTATE COMMISSION;
**DEFENDANTS**

### AND/OR
### BOARDS DEFENDANTS
TOGETHER WITH
AMENDMENT(S) (AS NOTED ABOVE)
### TO FOLLOW
### UPON AMENDMENT

Pg. 1. of 2.

**Victim/Plaintiff George M. Doumit, with regard to his own safety and well being, additionally on behalf of his two teenage children's safety and well being, ages 16 "daughter" and 16/17 "son" by way of Complaint against the defendant(s) says:**

"PARTIES" & Including (but not limited to): **DIVERSITY OF JURISDICTION**"
together with FEDERAL QUESTION(S): "See Amendment"

1. The plaintiff George M. Doumit an individual, a bona fide resident of New Jersey Hudson/Bergen County(s), Florida Primarily Hernando County(s), of 409 Washington Street #124, Hoboken, New Jersey 07030 was lawfully employed through an Independent Contractual Basis on June 29th, 1998 by the defendant(s) Weichert Realtors of 1625 State Highway Route 10 East, Morris Plains, New Jersey 07950.

2. The plaintiff 's Independent Contract was Wrongfully Terminated, Defamed and Slandered and Scandaled "to date" ("both in written form together with verbal Assaults to date") ON or about September 04th, 1998 by the defendant(s) Weichert Realtors, Owner/C.E.O. Mr. Weichert, Joseph Tamburo, Pat Riccihardi, as well as others to be named within plaintiff(s) amendment, ("the defendants Libelous under six year statute of limitations" in connections to other defendants to be joindered within plaintiffs amendment" ... See Page One).

3. "The defendants additionally CAUSING" Plaintiffs Tortress Economic Unlawful Impediments: ...
"The defendants Libelous To Date" together with for Back Pay/Back Commissions, Front Pay/Front Commissions together with various additional Damages. The plaintiff(s) additional Tort Claims in some matters "existing to date" under 1, 2, 3, & 4 – 6 Year Statutes Of Limitations

4. The Defendants Including (but not limited to): THE CITY OF HOBOKEN, NEW JERSEY; EX-MAYOR ANTHONY RUSSO, AND HIS WIFE MICHELLE RUSSO, AND SON MICHAEL RUSSO; THE HOBOKEN CITY POLICE DEPARTMENT; RIVERSIDE REALTY: RUSSO/NAIMA GRANDELLA: OWNER OF SUCH; REALTY EXPRESS AND LABARBARRA AND SON: OWNERS OF SUCH; HUDSON COUNTY AND IT'S BOARD OF REALTORS; STATE OF NEW JERSEY AND IT'S DEPARTMENT OF BANKING AND INSURANCE AND REAL ESATE COMMISSION; DEFENDANTS.

OTHER CONTRACTUAL    5. CAUSES OF ACTION: DEFAMATIONS, SLANDERS.
Including (but not limited to):
Federal Statutes 1.04, at 1-20 (1998), & 18 USCA 1961-1968 (1970) "under 10 Year Statute Of Limitations; and/or N.J.S.A. Little Statutes.
The defendants verbal and physical Intimidations of Criminal Coercion(s):
"FORCING The Plaintiff(s) OFF THE JOB through Criminal Violence."
"FORCING The Plaintiff(s) OUT OF BUSINESS through Criminal Violence."
The defendants Criminal and Civil Violations/Restrictions "to date" of the plaintiff(s) Employment Civil Rights as defined under Federal 42: 1983 Civil Rights Act: Employment Discriminations Individious Discrimination(s), ("Lack Of Procedural Due Process"), Through Defendants Exempting The Plaintiff(s), and Other Civil Rights Matters.
The defendants Creating Fictitious Scandals with intent to Assault,
Defame, and Slanders the plaintiff(s) Independent Contracts
through Criminal Violence, "and various Mob Tactics Of Organized Crime."
"THE DEFENDANTS UNLAWFULLY BARRING PAINTIFF(S) FROM EMPLOYMENT:"
The Defendants Restricting Plaintiff(s) Freedom(s) Of Action(s) and Access To Employment By and Through Various Intimidation(s) and Assaults Of Criminal Violence.
"The defendant(s) Black Balling/Black Listing/Forcing Plaintiff(s) Out Of Business through Criminal Means."
The Defendants Destroying Including (but not limited to): Plaintiff(s) Good Names, Good Standings,
and Professional Career(s) through the defendants Creating Fictitious Scandals.
The Defendants Criminal Behaviors and Acts Of Violence "To Date."
The Plotting and/or by causing with Malicious Intent "The Plaintiff(s) Homicides" (by 1st. Degree Premeditation) and attempt.

**"DEMAND"**

WHEREFORE plaintiff(s) demand judgment of $ 35,000,000,000.oo damages of relief by Jury!

SEPTEMBER 02, 2004

GEORGE M. DOUMIT
PRO SE PLAINTIFF

CERTIFICATION OF VERIFICATION AND NON-COLLUSION
I am the plaintiff in the above entitled action. The allegations of the complaint are true to the best of my knowledge, information and belief, and the complaint is made in truth and good faith, and without collusion, for the causes set forth in it. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

SEPTEMBER 02, 2004

GEORGE M. DOUMIT – PRO SE PLAINTIFF