# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
## UNITED STATES COURTHOUSE
### 50 WALNUT STREET, NEWARK, NEW JERSEY

**GEORGE MICHAEL DOUMIT**
409 WASHINGTON STREET # 124
HOBOKEN, NEW JERSEY 07030
Fl. Ph. Mesg: (561) 346-5994
VICTIM/PLAINTIFF **"PRO SE"**

-------------------------------------------------

**GEORGE M. DOUMIT**
   **VICTIM/PLAINTIFF**

   -VS-

**"WEICHERT REALTORS:"**
   **"EXECUTIVE OFFICES:"**
Of 1625 State Highway Route 10 East,

Morris Plains, New Jersey 07950;

**DEFENDANT**

affiliated Companies, Corporations, City(s),
Municipality(s), County(s), State Government(s),
Departments, Boards, ("all Individual Defendants
"and in their Official Capacities") **"LIBELOUS:"**

"THE WEICHERT REALTORS"
"CRIME FAMILY;"
together with
"THE EX-"MILE SQUARE CITY REALTY"

"CRIME FAMILY;"
together with
**"THE MICHELLE RUSSO"**
**"CRIME FAMILY"**
**"OF HOBOKEN NEW JERSEY;"**
**DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

## Civil Action

### Docket No.
## 2:04-CV-04319 JLL - RJH

### AMENDMENT
# COMPLAINT
### AMENDED

### Related Cases
<u>JOINDER(S) in connections TO:</u>
Including ("but not limited to"):
### Notice Of Suit Rights
Federal 42: 1983  Civil Rights Act:
E.E.O.C. File No. 171-2004-00351
and
United States Federal Civil Docket Case No.  2:04-CV-2647
and
United States Federal Civil Docket Case No.  2:04-CV-6188
and
United States Federal Civil Docket Case No. "Pending:" 02/03/05
DOUMIT -vs- Coldwell Banker Realtors <u>et. al.</u>

**Page 1. of 21.**

Civil Action

# WEICHERT REALTORS:

EXECUTIVE OFFICES;

        DEFENDANT

Docket No.

## MR. WEICHERT:

OWNER/C.E.O:

        DEFENDANT

2:04-CV-04319

## C.F.O. in charge of Weichert Realtors;

        DEFENDANT

COMPLAINT

# WEICHERT REALTORS:

The Ex & Current Hoboken Office Of:  One-Newark Street, Hoboken, New Jersey;

        DEFENDANT

## PATRICK RICCIARDI:

Ex-Office Manager / Broker / Rental & Sales Associate:  Of The Current Hoboken, New Jersey Office;

        DEFENDANT

## SILVINA CLARIANA:

Ex-Weichert Realtors: Ex-Rental & Sales Associate Trainee:  Of The Current Hoboken, New Jersey Office:
"Currently" A.K.A. Silvina Disla;"

        DEFENDANT

## "BOYFRIEND:" Of Ex-Weichert Realtors Rental & Sales Associate Trainee: "Silvina Clariana:"

"He's the "Ex-Rental and Sales Associate Trainee" Of The Ex-Mile Square City Realty
Of  100 Bloomfield Street, Hoboken, New Jersey:  (Full Name Unknown) to be Discovered;

        DEFENDANT

## "MR. DISLA:"

Silvina Clariana's Ex-Boyfriend "and current Husband to date:"  (Full Name Unknown) to be Discovered;

        DEFENDANT

## JEROME MATHEWS:

Ex & Current Weichert Realtors Rental & Sales Associate: Hoboken, New Jersey Office;

        DEFENDANT

## MARTHA ROMANO:

Ex & Current Weichert Realtors Rental & Sales Associate/Broker: Hoboken, New Jersey Office;

        DEFENDANT

"THE CURRENT JOSEPH ASSENZIO
REMUNDI SR. & SON N.Y N.J.
INTERSTATE "CRIME FAMILY"
OF YONKERS NEW YORK:"

# NALU PEREIRA:

Plaintiff's ("George M. Doumit's") Ex-Girlfriend: Of Yonkers, New York;

## DEFENDANT(S)

### THE STATE OF NEW YORK: and it's Probation and Parole Departments:

ELLIOT SPITZER;

        DEFENDANT(S)

### THE COUNTY OF WESTCHESTER, NEW YORK: and it's Probation and Parole Departments:

        DEFENDANT(S)

### THE CITY OF YONKERS, NEW YORK: and it's Probation and Parole Departments:

FRANK RUBINO;    DEFENDANT(S)

THE CITY OF HOBOKEN, NEW JERSEY:
JOSEPH SHERMAN;
   DEFENDANT
THE CITY OF HOBOKEN N.J. POLICE DEPARTMENT;
and it's "INDIVIDUAL POLICE OFFICERS:" in connections to:
*** Multiple Reports and Criminal Complaints Filed By Creditable Victim/Complainant George M. Doumit, regarding """"*Assailant(s):*"""" Silvina Clariana together with her Extremely Violent """"RACKETEERING"""" Career Criminal """"BOYFRIEND"""" A.K.A. MR. DISLA:  ("Silvina Clariana Disla's current Husband to date"), Silvina Clariana's and Mr. Disla's multiple Stalking(s), Attack(s), Assault(s), Theft(s), and Vandalism(s), Of Their Victim(s): ("the Plaintiff(s): George M. Doumit and his Properties") which took place "within the Offices" Of Weichert Realtors, One-Newark Street, Hoboken, New Jersey:   From ON ("or about") Mid-August 1998 "through" September 4ᵗʰ, 1998.
   DEFENDANTS

# WEICHERT REALTORS:
The Ex & Current Fort Lee N.J. Office Of: 105 Main Street, Fort Lee, New Jersey Office;
   DEFENDANT
## JOSEPH TAMBURO:
The Ex-Regional & Ex-Office Manager / Broker / Rental & Sales Associate of the current: Fort Lee, New Jersey Office: & The current Office Manager / Broker / Rental & Sales Associate Of : The current- Hoboken, New Jersey Office;
   DEFENDANT

| | |
|---|---|
| **WEICHERT REALTORS:** | **Civil Action** |
| The Current Tenafly N.J. Office Of:  13 West Railroad Ave. Tenafly, New Jersey; | |
|    DEFENDANT | **Docket No.** |
| **MARNIE SOUDY:** | |
| The Current Office Manager / Broker / Sales Associate / Tenafly, New Jersey; | **2:04-CV-04319** |
|    DEFENDANT | |
| | **COMPLAINT** |

## REALTY EXPRESS Labarbera REALTORS:
The Ex & Current Hoboken, New Jersey Office Of: 210 Washington Street, Hoboken, New Jersey: License #  8410306:
   DEFENDANT
**GIOVANNI JOHN LABARBERA & SON:** VINCENT LABARBERA:
OWNER(S)/C.E.O.'S
   DEFENDANT(S)

## RIVERSIDE REALTY:
The Ex & Current Hoboken, N.J. Office Of:  209 Washington Street, Hoboken, New Jersey;
   DEFENDANT
## NAIMA GRANDELLA:
Broker / Owner / C.E.O. ;
   DEFENDANT
Naima Grandella's "NIECE:"  (Full Name Unknown) to be Discovered;
A.K.A. Riverside Realty's Ex-Office Receptionist:
From: June 29ᵗʰ, 1998 through Mid 2000, (Possibly thereafter as well"):
("Full Name Unknown");
   DEFENDANT
## MICHELLE RUSSO:
The Ex & Current Broker / Rental & Sales & "Listings" Associate *and Silent Partner*
Of The Current Riverside Realty:  209 Washington Street, Hoboken, New Jersey;
   DEFENDANT

## THE CITY OF HOBOKEN, NEW JERSEY:
JOSEPH SHERMAN;
### DEFENDANTS
ANTHONY RUSSO:
"& Ex-Hoboken, N.J. MAYOR;"
DEFNDANTS
MICHAEL RUSSO:
"& Current Hoboken, N.J. City Councilman;"
DEFENDANT
ANTHONY RUSSO JR. :
"& Current Hoboken N.J. Police Officer;
DEFENDANT
NICK RUSSO:
"& Current Hoboken, N.J. Police Officer;
DEFENDANT
## THE CITY OF HOBOKEN N.J. POLICE DEPARTMENT:
DEFENDANTS

| | |
|---|---|
| THE HOBOKEN CHAMBER OF COMMERCE: | **Civil Action** |
| BRIAN BATTAGLIA; | |
| DEFENDANTS | **Docket No.** |
| THE COUNTY OF HUDSON COUNTY N.J. | |
| *DONATO BATTISTA:* | 2:04-CV-04319 |
| DEFENDANT | |
| THE HUDSON COUNTY BOARD OF REALTORS: | |
| & JOSEPH HOTTENDORF & BILLY HESLIN; | **COMPLAINT** |
| DEFENDANTS | |

THE EASTERN BERGEN COUNTY BOARD OF REALTORS:
ROBERT WHITE;
DEFENDANTS
THE STATE OF NEW JERSEY and it's Probation and Parole Departments:
*PETER C. HARVEY;*
DEFENDANTS
THE STATE OF NEW JERSEY: DEPARTMENT OF BANKING AND INSURANCE:
*Peter C. Harvey* & HOLLY BAKKE;
DEFENDANTS
THE STATE OF NEW JERSEY REAL ESTATE COMMISSION:
*Peter C. Harvey* & HOLLY BAKKE;
DEFENDANTS
THE CITY OF HOBOKEN, NEW JERSEY:
JOSEPH SHERMAN;
DEFENDANTS
DAVID ROBERTS:
"& Current Hoboken, N.J. MAYOR;"
DEFENDANTS
"LIBERTY REALTY, L.L.C.:"
The Current Hoboken, N.J. Office Of:  525 Washington Street, Hoboken, New Jersey;
DEFENDANT
"JOSEPH C. COVELLO:"
OWNER/C.E.O.
DEFENDANT
"SILVINA DISLA:" (A.K.A. by her Maiden Name: "Silvina Clariana"):
CURRENT Rental & Sales Associate Of:  Liberty Realty L.L.C. Hoboken, New Jersey;
DEFENDANT

**CORPORATE REALTY:**

The Ex & Current Hoboken, N.J. Office Of:  529 Washington Street, Hoboken, New Jersey;
                    **DEFENDANT**

KOSMOS BAGDANOS JR.

& DINO BAGDANOS

OWNERS(S)/C.E.O.(S)
                    **DEFENDANTS**

SILVINA CLARIANA:

Ex-Rental & Sales Associate: Corporate Realty, Hoboken, New Jersey:

"Currently A.K.A. "Silvina Dista:"
            **DEFENDANT**

**REALTY EXPRESS LABARBERA REALTORS:**

The Ex & Current Hoboken, N.J. Office Of:  210 Washington Street, Hoboken, New Jersey:

License #  8410306:
                    **DEFENDANT**

GIOVANNI JOHN LABARBERA  & SON: VINCENT LABARBERA:

OWNER(S)/C.E.O.(S):
                    **DEFENDANTS**

SILVINA CLARIANA:

The Ex-Rental & Sales Associate: Realty Express Labarbera & Son, Hoboken New Jersey:

"Currently" A.K.A. "Silvina Dista:"
            **DEFENDANT**

------------------------------------------------------------------

                                        **Civil Action**

                                        **Docket No.**

                                        **2:04-CV-04319**

                                        **COMPLAINT**

**Victim/Plaintiff George M. Doumit** with regard to his own safety and well being, additionally on behalf of his two teenage children's safety and well being, ages 16 "daughter" and 17 "son" by way of Complaint against the defendant(s) says:

2005 FEB 22   RECEIVED-CLERK U.S. DISTRICT COURT

"PARTIES"
& Including (but not limited to):
"DIVERSITY OF JURISDICTION"
together with
FEDERAL QUESTION(S):

1). The plaintiff George M. Doumit an individual, a bona fide resident of New Jersey Hudson/Bergen County(s), Florida Primarily Hernando/Palm Beach County(s), of 409 Washington Street #124, Hoboken, New Jersey 07030, became lawfully employed through an Independent Contractual Basis on June 29th, 1998 by the defendants Weichert Realtors Of 1625 State Highway Route 10 East, Morris Plains, New Jersey 07950 together with Mr. Weichert (Owner/C.E.O.), C.F.O. in charge of Weichert Realtors (Name Unknown), together with Joseph Tamburo: Ex-Regional & Ex-Office Manager/Broker/Rental & Sales Associate Of the Current Fort Lee, New Jersey Office Of: 105 Main Street, Fort Lee, New Jersey ("Mr. Tamburo to date, The Current Office Manager Of The Current Hoboken, New Jersey Office Of One- Newark Street, Hoboken, New Jersey") together with (Ex-Office Manager/Broker/Sales Associate of the Ex & Current-Hoboken New Jersey Office): Patrick Ricciardi: TO WORK WITHIN THE OFFICES OF WEICHERT REALTORS located at One- Newark Street, Hoboken, New Jersey; DEFENDANTS;

2). During plaintiff's Contractual employment both he and his two children, ("Son -Age 12 at that time" and "Daughter -Age 11 at that time") as well as other individuals, ("including children/minors in various surreptitious instances or incidents"), WERE ("AND CONTINUING TO DATE") WRONGFULLY VICTIMIZED THROUGH PATTERNS OF THE DEFENDANTS VARIOUS MULTIPLE SURREPTITIOUS ACTS OF ORGANIZED CORRUPTIONS INCLUDING (BUT NOT LIMITED TO) BOTH VERBAL AND PHYSICAL VIOLENCE(S) TOGETHER WITH BOTH VERBAL AND PHYSICAL DISCRIMINATORY, SEXUAL, CRIMINAL, INTIMIDATIONS BY THE ABOVE DEFENDANTS TOGETHER WITH Silvina Clariana (& her Career Criminal Boyfriend A.K.A. "Mr. Dislo"), Patrick Ricciardi (& Joseph Tamburo), Jerome Mathews, and Martha Romano, Of: WEICHERT REALTORS Of: One- Newark Street, Hoboken, New Jersey; DEFENDANTS;

2-A). The City Of Hoboken New Jersey: Joseph Sherman, 94 Washington Street, Hoboken, New Jersey 07030; Ex-Hoboken Mayor Anthony Russo, and his sons: Hoboken Councilman Michael Russo, Hoboken Police Officers Anthony Russo Jr., & Nick Russo; The City Of Hoboken Police Department; "Michelle Russo & Naima Grandella & her Niece & Riverside Realty of 209 Washington Street, Hoboken, New Jersey; Giovanni John Labarbera and his son: Vincent Labarbera & Realty Express Labarbera of 210 Washington Street, Hoboken, New Jersey; The Hoboken Chamber Of Commerce: Brian Battaglia, One Newark Street Hoboken, New Jersey 07030; The County Of Hudson, New Jersey: Donato Battista, 567 Pavonia Ave 4th. Fl. Jersey City, New Jersey 07306; The Hudson County Board Of Realtors: Joeseph Hottendorf & Billy Heslin 1325 Paterson Plank Rd. Secacus, New Jersey 07094; Eastern Bergen County Board Of Realtors: Robert White: 545 Broad Ave. Palisades Park, New Jersey; The State Of New Jersey: Peter C. Harvey: Hugcs Justice Complex: 25 Market St. Trenton, New Jersey 08625; The State Of New Jersey Department Of Banking and Insurance & Real Estate Commission: Holly Bakke, 20 West State Street, Trenton, New Jersey 08625; The State Of New Jersey Real Estate Commission: Holly Bakke, 20 West State Street. Trenton, New Jersey 08625;   DEFENDANTS;

2-B). <u>The State Of New York Probation and Parole Departments:</u> *Elliot Spitzer*, The Capital Justice Building, State Street 2nd. Fl. Albany, New York 12224; <u>The County Of Westchester New York Probation and Parole Departments:</u> 148 Martine Ave. White Plains, New York 10601; <u>The City Of Yonkers, New York Probation and Parole Departments:</u> Frank J. Rubino, 40 South Broadway, Rm. 300 Yonkers, New York 10701; <u>"The Current Joseph Assenzio/Remundi Sr. N.Y. N.J. Interstate Crime Family Of Yonkers New York;"</u> & Nalu Pereira of Yonkers, New York; DEFENDANTS;

2-C). <u>Silvina Clariana & her Son & her Career Criminal Boyfriend</u> ("Mr. Disla") previously of The Doric Towers: 100 Manhattan Ave. Union City/Jersey City, New Jersey; DEFENDANTS;

2-D). <u>"Mr. Disla: an Ex-Rental and Sales Associate Trainee Of The Ex "Mile Square Realty"</u> of 100 Bloomfield Street Hoboken, New Jersey 07030; DEFENDANT;

2-E). <u>Weichert Realtors Fort Lee Office & Joseph Tamburo</u> Of 105 Main Street. Fort Lee, New Jersey; DEFENDANTS;

2-F). <u>Weichert Realtors Tenafly Office</u> & Marnie Soudy of 13 West Railroad Ave. Tenafly, New Jersey; DEFENDANTS;

2-G). <u>Realty Express Labarbera</u> & Giovanni John Labarbera & Son: Vincent Labarbera (Owners/C.E.O's) <u>& Silvina Clairiana</u> Of: 210 Washington Street Hoboken, New Jersey; DEFENDANTS;

2-H). <u>Corporate Realty</u> & Kosmos Bagdanos Jr. (Owner/C.E.O.) & Dino Bagdanos <u>& Silvina Clariana</u> Of 529 Washington Street, Hoboken, New Jersey; DEFENDANTS;

2-I). <u>Liberty Realty L.L.C.</u> & Joseph C. Covello Owner/C.E.O. <u>& Silvina Disla:</u> ("<u>Maiden Name: Silvina Clariana</u>") of 525 Washington Street. Hoboken, New Jersey 07030;

2-J). <u>Silvina Disla</u> (Maiden Name: Silvina Clariana) & her Son <u>& her current husband "Mr. Disla"</u> currently of (Street Address Unknown) Little Ferry, New Jersey; DEFENDANTS;

2-K). *<u>Mayor David Roberts: Current Mayor: City Of Hoboken, New Jersey,</u>* Of <u>94 Washington Street. Hoboken, New Jersey 07030;</u> DEFENDANTS.

## CAUSES OF ACTION:

3). The plaintiff's Independent Contract was <u>Wrongfully Terminated, Defamed, and Slandered, and Scandaled "to date"</u> ("both in written form <u>together with verbal Assaults to date</u>") ON or about September 04th. 1998 by the defendants, ("<u>the defendants Libelous under Six Year Statute Of Limitations</u>"): additionally <u>NO</u> Statute of Limitations: "For The Truth:" For Justice.

4). <u>The defendants additionally CAUSING Plaintiff(s) Tortious Economic Impediments:</u> Unlawfully: <u>"The defendants Libelous To Date"</u> together with <u>for</u> "Back Pay" / <u>Back Average Monthly Commissions</u>, "Front Pay" / <u>Front Average Monthly Commissions</u> together with <u>various additional Damages under plaintiff(s) additional Torts and various Claims</u> in some matters "existing to date" under 1, 2, 3, & 4 to <u>6 Year</u> Statutes Of Limitations, <u>10 Year</u> and <u>NO Limitations: For The Truth; "For Justice."</u>

5). The defendants surreptitious consecutive PATTERNS: """"ACTS"""" Of """"FRAUDS:"""" including (but not limited to): """" in Contracts """" *including ("Implied"),* "Training Materials," """"Material Misrepresentations:"""" Unfair Dealings, to say the least, and "Breach Of Duties To Disclose."

6).   **The defendants** """"surreptitious PATTERNS"""" of various, multiple, ACTS Of Organized Corruptions: (""""Patterns Of Organized Crime""""): "both Wrongfully and Intentionally Inflicted" ON the plaintiff(s) ("ON their Victim(s)") including (but not limited to):
**in connections to:**

""""The Hispanic Mob(s)""""
**such as including (but not limited to):**
""""*The Latin Kings*""""
together with
"""" The Italian Mob """"

## 6-A). Federal Statutes 1.04 at 1-20 (1998):
**Federal Interstate Racketeering Influenced Corrupt Organizations;**
together with
## 6-B). 18 USCA 1961-1968 (1970):
**Interstate Commerce Act;**
**together with**
including (but not limited to):
**Federal Interstate Wire or Radio Communications Statutes**
**including (but not limited to):under - U.S.C.A. 47,223 *(E)***
including (but not limited to):
**in connections to:**
including (but not limited to):

""""Coldwell Banker Realtors;""""
""""Burgdorf E.R.A. Realtors;""""
"""" """" """"**Weichert Realtors:**"""" """" """"
**in connections to:**
including (but not limited to):

### City Of Hoboken, New Jersey:
Multiple Criminal Reports and Criminal Complaints Filed by creditable victim/complainant: George M. Doumit regarding multiple surreptitious """"STALKINGS."""" Stealth Attacks"""" Assaults, and Vandalisms "which took place" """"within"""" the Offices"""" Of Weichert Realtors, One-Newark Street. Hoboken, New Jersey From (or about) Mid-August Of 1998 on a day by day basis Of Attacks By The Assailants: SILVINA CLARIANA and her Career Criminal BOYFRIEND: ("A.K.A. MR. DISLA: *Silvina Clariana's current husband to date.*"); through September 4th, 1998. Reports / Complaints / Docket No's. / Assailants First Name and exact Address "to be Discovered."

""""**The defendants both** """"Wrongful"""" **and** """"Intentional Inflictions:""""
**including (but not limited to):** """"Intentional Negligence(s):""""

"""" **TO FORCE THE PLAINTIFF(S) OFF THE JOB;** """"
as well as
""""TO FORCE THE PLAINTIFF(S) OFF THE JOB SITE;""""
as well as
""""**TO FORCE THE PLAINTIFF(S) OUT OF BUSINESS:**""""

**as well as**
**"""""To Force The Plaintiff(s) Out Of Interstate Business(s);"""""**
**as well as**
**"""""TO DEFAME: """"TO SLANDER;""""" TO LIBEL; """""**
**"""""To Fictitiously LABEL: "To Fictitiously NICK NAME;"""""**
**as well as**
**""""" TO FORCE THE PLAINTIFF(S) INTO BANKRUPTCY; """""**
**together with**

# 6-C).  N.J.S.A. Little R.I.C.O. Act;
**together with**

# 6-D).  including additional Federal and State Statutes;
**together with**

**6-E).  The defendants Criminal and Civil Violations** ("Restrictions To Date") Of The Plaintiff(s) Employment Civil Rights as defined under Federal 42:1983 Civil Rights Act:  Employment Discrimination(s): Individious Discrimination(s) including (but not limited to): "Lack Of Procedural Due Process" through defendants Exempting The Plaintiff(s),
**together with**
A TOTAL LACK OF WORK PLACE SECURITY;
"""" A TOTAL LACK OF EMPLOYEE SECURITY; """"
A TOTAL LACK OF POLICE PROTECTION;
**together with**

### 6-F).  and other Civil Rights matters:
("The Defendants Total Criminal and Civil Violations Of The Plaintiff(s) Civil Rights");
**together with**

**6-G).  The defendants Criminal and Civil Violations Of United States Constitutional Law:** including (but not limited to):  Violations Of  Plaintiff's Constitutional Freedoms:  ("a total Lack Of  Probable Cause(s)"): including "Illegal Approach(s), Violation(s) Of Jurisdiction(s): ("Illegal approach(s), """"Stalking(s), Stealth(s), Theft(s), "Invasion(s) Of Privacy(s)," Illegal Search and Seizure """"Abduction(s), Kidnapping(s),"""" Invasion(s) Of  Privacy(s): "ENTRAPMENT(S)," Criminal Violence: FALSE IMPRISONMENT(S): Criminal Violence """"Criminal Coercion(s), Etc. Etc."""""
**together with**

### 6-H).  The defendants Criminal and Civil Violations Of Equal Protection:
("A Total Lack Of Police Protection");
A TOTAL LACK OF WORK PLACE SECURITY;
"""" A TOTAL LACK OF EMPLOYEE SECURITY; """"
**together with**

**6-I).  The defendants Criminal and Civil Violations Of The Fourth Amendment: Invasion(s) Of Privacy(s): """"ENTRAPMENT(S):"""" FALSE IMPRISONMENT(S); """" ("Illegal Search(s) and Seizure(s) Thefts"); "Fraud(s)," Larceny(s), Grand Larceny(s), Theft(s): Criminal Violence: """"CRIMINAL COERCION(S);"""""**
**together with**

**6-J).  The defendants Creating Fictitious Scandals with intent to Assault, Defame, Slander, Libel , and To Fictitiously LABEL, To Fictitiously NICK NAME ("their Victim") = """"To Fictitiously NICK NAME the plaintiff(s) Employments, Contracts, and """"Independent Contracts,"""" and in other Contracts, and Careers through "Criminal Violence," Criminal Coercions, "and various Mob Tactics Of Organized Crime.**
**together with**

**6-K). The defendants """"AVOIDING Criminal Prosecutions"""" through various Criminal Means: ("with their various Criminal Intents Of EVADING Criminal Prosecutions = Criminal Violence = """"Criminal Coercion(s)"""").**

including (but not limited to):

**in connections to:**

together with

6-L). THE DEFENDANTS TOTAL LACK OF WORK PLACE SECURITY: (""""A TOTAL LACK OF EMPLOYEE SECURITY""""):

together with

# 6-M). THE DEFENDANTS """"AVOIDING THEIR LIABILITIES """"

THROUGH VARIOUS """"CRIMINAL MEANS:"""" ("with their Criminal Intents Of Evading").

together with

6-N). THE DEFENDANTS TOTAL LACK OF POLICE PROTECTION(S).

together with

7). The defendants verbal and physical Intimidations "Of Criminal Violence(s) and Criminal Coercion(s)" together with Restricting Plaintiff(s) Freedom(s) Of Action(s) and Access To Employments, including Alternative Employments and Applications: ("and Public Facilities Usage") by and through various multiple surreptitious STALKINGS, False Imprisonments Intimidation(s), Assaults, and Attacks Of Criminal Violence: """"Criminal Coercion(s):"""" ("Including the defendants Restriction(s) Of The Plaintiff(s) Free Enterprise(s)").

8). The defendants Destroying including (but not limited to): Plaintiff(s) Good Names, Good Standings, and Professional Career(s) through the defendants Creating Fictitious Scandals.

9). The defendants "FORCING The Plaintiff(s) OFF THE JOB" through Criminal Violence."

10). The defendants "FORCING The Plaintiff(s) OUT OF BUSINESS" through Criminal Violence."

11). The defendants """"FORCING The Plaintiff(s) INTO BANKRUPTCY"""" through various Criminal Means: including (but not limited to): multiple surreptitious Patterns Of Criminal Violence(s) and Criminal Coercion(s).

12). The defendants "Fictitious NICK NAMING," ("of their Victim(s)") Of The Plaintiff(s) AS including (but not limited to): Quote: """"A SEX OFFENDER"""" Unquote ... WITH THEIR Criminal, Discriminatory, and Sexual INTENTS Of multiple surreptitious """"Stalkings,"""" Assaults, "Intimidations," Black Balling, and Black Listing the Plaintiff(s) Forcing Plaintiff(s) Out Of Business through various Criminal Means.

13). The defendants "Unlawfully Barring Plaintiff(s) From Employment:" including Unlawfully Barring Plaintiff(s) From Alternative Employments, and Applications.

14). The defendants surreptitious Criminal Behaviors and surreptitious Acts Of Violence "to date" Plotting and/or by causing with malicious intent "The Plaintiff(s) Homicides" ("by 1st. Degree Premeditation and attempt").

The Defendant(s), ("The Accuser(s)"): Does the ACCUSER have a past history of making accusations of this type?

75). Do The Defendant(s) Have ("DOES THE ACCUSER(s)") have any past <u>Criminal</u> History: ? ...

75A). Such as <u>Fraud</u> and <u>Intimidation.</u> Including (but not limited to): Stalking By Stealth, Harassment, Terrorist Threats, <u>Criminal Coercion</u>: (Filing False Police Report(s) and/or Complaints) "bribery," extortion. *"theft"*. *"Copywrite Infringement"* or patterns of illegal activities <u>Consistent With The Criminal Elements Constituting Federal Interstate Racketeering</u> ?... or investigated, reported, charged, or found guilty with regard to such ? . .
75B). Such as any past history <u>of Fraud</u> with respect to Local, State, <u>or Federal Governmental Office(s)/Bureau(s) or investigated, reported, charged or found guilty with regard to such</u> ? ...
75C). Such as any past history of illegal drug issues including (but not limited to) drug addictions or <u>investigated, reported, charged, or found guilty with regard to such</u> ? ...
75D). Such as any past history of Alcohol related issues including (but not limited to) Alcoholism Addictions <u>or investigated, reported, charged, or found guilty with regard to such</u> ? ...
75E). Such as any past history of Motor Vehicle, "Driving," Related issues with regard to Fraud, Theft, Drug or Alcohol related issues, including (but not limited to) Revocations and/or Suspensions, Tickets <u>or investigations, reports, charged, or found guilty with regard to such</u> ? ...
75F). Such as any past history of Criminal and/or Domestic Violence <u>or investigated, reported, charged, or found guilty with regard to such</u> ? ...
75G). Such as any past history of Prostitution and/or Vice related Solicitation(s) of such, <u>or investigations, reports, charges, or found guilty with regard to such</u> ? ...
75H). Such as any past history of Sexually Harassing any person(s) *MALE or Female* and/or *SOLICIT that person(s)* by cash or "Quid pro quo," <u>or investigated, reported, charged, or found guilty with regard to such</u> ? ... Such as any past history of ABUSING Children and/or Minor(s) including (but not limited to) of a sexual nature, Verbal or Physical Molestation, or D.Y.F.S. related issues, <u>or investigated, reported, charged, or found guilty with regard to such</u> ? ...

76). Do The Defendant(s) Have ("DOES THE ACCUSER(s)") have a past <u>Psychiatric</u> History ? ...

<u>76A). Do The Defendant(s) Have Any Patterns</u> of Mental Health or Behavioral Health Issues ? ..."Disorders" and/or "Disabilities" ?... including (but not limited to) of a sexual nature ? ...
76B). Do The Defendant(s) Have Any past history of Trauma due to being Physically or Emotionally Victimized in Childhood and/or Adolescents and/or Adult-hood including (but not limited to) of a Sexual Nature ? ...
76C). Do The Defendant(s) Have Any past history of Abortion(s) or have you had thoughts considering Abortion(s) ? ...
76D). Do The Defendant(s) Have Any past history of Miscarriage(s) ? ...
76E). Do The Defendant(s) Have Any past history of Sexually Transmitted Disease(s) ? ...
<u>Specifically Note: I am protecting the accuser(s) CIVIL RIGHTS !</u> ...

77). Do The Defendant(s) Have ("DOES THE ACCUSER(S)") have a past <u>Discrimination</u> History ?

77A). Do The Defendant(s) Have Any past history Executive, Managerial, Supervisory, Employee, or Consulting HELD POSITIONS and/or Employment related HELD POSITIONS where the Accuser(s) <u>had been investigated, reported, charged, or found guilty with regard to Discrimination</u> ?
77B). Do The Defendant(s) Have Any past history of the ACCUSER(s) being Employed by Companies and/or Corporations <u>which had been investigated, reported, charged or found guilty with regard to Discrimination</u> ? ...
77C). Do The Defendant(s) Have Any past history of being associated with and/or being a member of any Groups and/or Organizations <u>which had been investigated, reported, charged or found guilty with regard to Discrimination</u> ? ...
77D).Do The Defendant(s): ("DOES THE ACCUSER(S)") have any past history of Sexually Harassing any person(s) *MALE or Female* <u>with regard to any and/or with regard to all of the above</u> and/or *Solicit that person(s)* by cash and/or "Quid pro quo," ?... <u>or investigated, reported, charged, or found guilty with regard to such</u> ? ...
77E). Do The Defendant(s): ("DOES THE ACCUSER(S)") have a past *or Current* B.C.I. and/or F.B.I. History(s) ? <u>Any "RECORDS"</u> ?

"WEICHERT REALTORS:"
"EXECUTIVE OFFICES"
"which engage(ed) in Racketeering, Stalking, Scandal,
Fraud, Black Mail, Criminal Coercions, and Grand Larceny(s).
and affiliated Companies and/or Corporations "LIBELOUS,"

Plaintiff's "Contractual Employer" from on or about June 29 [th]. 1998 through defendants Wrongful Discharge of the plaintiff 's Contract on or about September 4 [th]. 1998. Plaintiff's Independent Contract was Wrongfully Terminated, and Defamed, Slandered, and Scandaled "To Date" (both in written form together with "verbal Assaults "to date") by the defendants ("the defendants Libelous" to date");

"MR. WEICHERT:"
OWNER/C.E.O.;
He's a Racketeering Scandaler / "a STALKER" Fraud Artist/ "Leach"
who engages in Black Mail, Criminal Coercions, Grand Larceny(s), "Black Balling" & Black Listings
"C.E.O. in charge of Weichert Realtors;"
He's a Racketeering Scandaler / "a STALKER" Fraud Artist/ "Leach"
who engages in  Black Mail, Criminal Coercions, Grand Larceny(s), "Black Balling" & Black Listings.


"WEICHERT REALTORS:"
"Hoboken Office Of:  One -Newark Street, Hoboken, New Jersey;"

---

"Totally Factual" multiple "ACTUAL" "CRIMINAL CHARGES" Reported AND FILED BY Totally "CREDITABLE VICTIM: Complainant:" George M. Doumit filed under:

## City Of Hoboken, New Jersey:

Multiple Criminal Reports and Complaints Filed By Creditable Victim/Complaint George M. Doumit, regarding multiple Assaults, Attacks, and Vandalisums which did "in fact" take place "with in" "the offices" of Weichert Realtors, Hoboken, New Jersey:" STALKINGS, Assaults, Attacks, and Vandalisums which were surreptitiously Witnessed and Evident:

"STALKINGS" ASSAULTS, ATTACKS, and VANDALISUMS which went TOTALLY IGNORED BY Weichert Realtors, it's Management, and it's Associates, "and THE HOBOKEN POLICE: "Including THE ASSAILANT's ("Silvina Clariana "& HER CAREER CRIMINAL BOYFRIEND'S A.K.A. MR. DISLA's: Silvina's current husband to date") usage of A Standard "Police Department Issued" High Caliber Automatic Hand GUN and Switch Blade NIFE"):

BOTH "WEICHERT REALTORS" AND THE HOBOKEN POLICE DEPARTMENT """"TOTALLY REFUSED TO TAKE ACTION AGAINST The Assailant(s)"""" on a day by day basis of the Assailants surreptitious Attacks: From ON or about Mid-August Of 1998 continuously on a day by day basis of Attacks By The Assailants "within the Offices" Of Weichert Realtors, "Hoboken" New Jersey through September 4 [th]. 1998.

"Reports /Complaints and Docket No.'s
together with
Assailants First Name And Exact Address:
"TO BE DISCOVERED."

---

"PATRICK RICCIARDI:"
"Ex-Office Manager/Broker/Sales Associate/Ex-Hoboken, N.J. Office;"
"He's a Scandaler"
who totally lacks any knowledge, what so ever, of Real Estate,
Nor Finance, Nor Marketing, Nor Management:"
"He's nothing more than a used car salesman
wandering alcoholic womanizer;"
"He's an Extremely Violent Career Criminal Racketeer."
"He's a desperate Semi-Homeless
"STALKER" & "FRAUD ARTIST"
who engages in Larceny, "Assaults," False Imprisonments,"
&  "Sexual Assaults" &  Black Mail & "Criminal Coercions"
with his various malicious intents of Grand Larcenys;"

He's a Child Molester, who has been known for surreptitiously Sexually Assaulting the plaintiff(s) as well as Children Minors in the Dumont, Seltzer Elementary School and in the Dumont High School Systems of Bergen County New Jersey from 1998 through and continuing "To Date."

"He's an Originator of totally Fictitious Scandals to date;"

"He's a Racketeering Scandaler & Fraud Artist:"

" He's a Stalker Mobster "

who together with False Complainant Silvina Clariana & her Career Criminal Boyfriend,
Giovani Labarbera & Joseph Tamburo,
together with
("Naima Grandella" & "her False Complainant Mid 20's Year Old NIECE")
& "Michelle Russo and her Crime Family,"
engage(ed) in Assaults, False Imprisonments, Sexual Assaults, "Black Mail,"
Criminal Coercions, Larceny(s) "Black Ballings," Black Listings"
and "THE FICTITIOUS NICK NAMING" Of Their Victim."

"You know who you are, You're Gon'na Be a Star"

"HE'S A FUGITIVE FROM JUSTICE"

"Naima Grandella & Michelle Russo" A.K.A """The King Pins"""
"""Of Organized Crime""" in Hoboken, New Jersey.

**"SILVINA CLARIANA:"**

"Ex-RENTAL & Sales ASSOCIATE Trainee:"

"She's a Hispanic,"Possibly Arab, "Female"/

Age: 25 to Mid 30's / Hair Color: "Blonde"

"Previously Divorced"living together with her Son:

"Previous Residence:

Doric Towers," 100 Manhattan Ave. Jersey City, New Jersey.

"SHE'S A STALKER FRAUD ARTIST "LEACH"

AND "AN ORIGINATOR OF TOTALLY FICTITIOUS SCANDALS,"

WHO THROUGH CRIMINAL VIOLENCE "AND  BLACK MAIL."

TOGETHER WITH HER VIOLENT CAREER CRIMINAL  RACKETEERING BOYFRIEND,

PATRICK RICCIARDI, GIOVANNI LABABERA, JOSEPH TAMBURO,

together with

("NAIMA GRANDELLA & HER Mid 20's Year Old False Complainant NIECE")

& "THE MICHELLE RUSSO CRIME FAMILY"

then engaged in

"FORCING THE PLAINTIFF(S) OFF THE JOB"

and thereafter further engaging in Assaults, False Imprisonments,

Sexual Assaults, "Black Mail," Criminal Coercions, and Grand Larceny(s)

"FORCING THE PLAINTIFF OUT OF BUSINESS"

WITH THEIR CRIMINAL INTENTS TO COMMIT LARCENYS,

"INCLUDING GRAND LARCENYS "OF PLAINTIFF'S "PROPERTIES"

("THEIR VICTIM'S PROPERTY ") & """COMMISSIONS""" AND "ACCOUNTS/CLIENTS."

"She's a Dirty "Fraud Artist" and a Black Mailer:"

who engages(ed) in Stalking, Fraud, Fictitious Scandal, "Black Mail," Criminal Coercions, and Grand Larceny(s):

"She's An Extremely Violent Career Criminal """RACKETEER:"""

who has also later been known and discovered as Pat Ricciardi's, Joseph Tamburo's, John G. Labarbera's

& The Michelle Russo Crime Family's "PROSTITUTE" as well as other Hoboken Realtors:

"SHE'S A FUGITIVE FROM JUSTICE"

"together with"

" HER EXTREMELY VIOLENT ("Possibly Italian/"Hispanic"/Arab") "Career Criminal BOYFRIEND;"

**"BOYFRIEND:"**

"Boyfriend Of: Ex-Rental Associate: "SILVINA CLARIANA:

"EXTREMELY VIOLENT CAREER CRIMINAL BOYFRIEND"

"An Extremely Violent Career Criminal "STALKER:"

"The Ex-"Mile Square Realty: Rental & Sales Associate:" 100 Bloomfield St. Hoboken, N.J.")

Italian/ "Hispanic"/Arab "Male"/ Age: 25 to Mid 30's/  5' 9"/ 190 lbs. / Hair & Mustache Color: Black"

CRIMINAL BOYFRIEND OF SILVINA CLARIANA:

("a user of a Standard Police Department Issued "Semi-Automatic" High Caliber "HAND GUN" and Switch Blade NIFE"),

"(Name Unknown)"

"I've Written Your Own Direction, "You Know Who You Are," You're Gon'na Be A Star,"

"All The Way To Heaven"

**Page 13. of 21.**

Silvina Clariana's Ex-Boyfriend A.K.A. Silvina Disla's "current Husband to date:
"MR. DISLA"
("a Current resident of Little Ferry, New Jersey.
"HE'S A FUGITIVE FROM JUSTICE;"

"JOSEPH TAMBURO:"
"Ex-Regional & Ex-Office Manager/Broker/Sales Associate/Fort Lee N.J. Office"
& The Current-Office Manager/Broker of the Current-Hoboken, N.J. Office;
"He's a Racketeering" Scandaler" "a Verbal and Physical Intimidator and an Extremely Violent Career Criminal""
"He's nothing more than a used car salesman," Semi-Homeless "FRAUD ARTIST,"
totally lacking any knowledge what so ever of Real Estate," Nor Finance," Nor Marketing, Nor Management:"
who together with Patrick Ricciardi, False Complainant SILVINA CLARIANA & her Career Criminal BOYFRIEND,
Giovanni Lubarbera, together with Naima Grandella & her Mid 20's Year Old False Complainant NIECE
& "Michelle Russo" and her Crime Family"
engage(ed) in "Invasions Of Privacys," ("NICK NAMING") & "surreptitious Sexual Assaults "to date"/ "Larceny(s)," /
"False Imprisonments," / "Black Mailer"/ "Criminal Coercions," and "Grand Larcenys "to date:"
"He's a Stalker and "a Fraud Artist" and a Leach"
""""HE'S JUST A MOBSTER:"""""
"He's also a Child Molester, who together with Patrick Ricciardi has been known for surreptitiously Sexually Assaulting the
plaintiff(s) as well as Children/Minors in the Dumont Seltzer Elementary School and in the Dumont High School Systems of Bergen
County New Jersey from 1998 through and continuing """"To Date:"""
"He's an Originator Of  Totally Fictitious Scandals"
as well as A Malicious Enforcer """"To Date:"""
""""He's A Leach:"""""
""""HE'S A CAREER CRIMINAL:"""
"HE'S A RACKETEERING SCANDALER:"
"HE'S A DIRTY FRAUD ARTIST MOBSTER ""WHO together with his Career Criminal Co-Conspirators
""""ORGANIZED""" AND ENGAGE(ed) IN """Fictitiously NICK NAMING"""" OF THEIR VICTIM ("the Plaintiff(s)")
AS "Quote: """A SEX OFFENDER,""" Unquote, THEN THE "GRAND LARCENYS" AND "BLACK BALLINGS,"
AND THE BLACK LISTINGS "OF THEIR VICTIM."
"I've Written You're Direction, "You know who you are," You're Gon'na Be A Star,"
"All The Way To Heaven."
"HE'S A FUGITIVE FROM JUSTICE"

"WEICHERT REALTORS:"
"Fort Lee N.J. Office Of:  105 Main Street, Fort Lee, N.J. Office;"
"JOSEPH TAMBURO:"
"Ex-Regional & Ex-Office Manager/Broker/Sales Associate/Fort Lee, N.J. Office;"
"He's a Racketeering Scandaler:" / "a Dirty Mobster Fraud Artist"
"who Originates Fictitious Scandals" ("Fictitiously NICK NAMING His Victim")
"'AND WHO ORGANIZES" ""Fictitious Scandals"" with his various malicious intents of
Black Mail, Extortion, "and Criminal Coercions
FORCING His Victim ("the plaintiff(s)") OFF THE JOB
with his additional intents of GRAND LARCENYS and BLACK BALLINGS,
through the Black Listings "OF HIS VICTIM:
then """"FORCING His Victim ("the Plaintiffs") OUT OF BUSINESS"""" and into Bankruptcy."""
"He's a Stalker Leach:"
"HE'S A CAREER CRIMINAL"
"I've written your own direction, You know who you are, You're Gon'na Be A Star,"
"All The Way To Heaven"
"HE'S A FUGITIVE FROM JUSTICE"

"JOSEPH TAMBURO'S "PROSTITUTES:"
Including (but Not limited to):
"She's a Caucasian/Female/"Under Age"/Adolescence"
"He's a Caucasian/"Male"/"Under Age"/Adolescence"
"She's an Ex-Sales Associate:
Caucasian/Female/Age 18 to 28/Hair Color: Dark Brown/License #/Adultery"

# "LIBERTY REALTY, L.L.C.:"

## 525 Washington Street. Hoboken, New Jersey 07030
## "JOSEPH C. COVELLO:"

### Owner/C.E.O.

They're Racketeering Mobsters who engage(ed) in "Frauds," Fictitious Scandals, "surreptitious Sexual Assaults," Individious Discrimination & Exempting, Criminal Coercions, "Black Balling," & Black Listings Of Their Victim

## "SILVINA Clariana DISLA:"

("A current resident of Little Ferry, New Jersey")

("Maiden Name: Silvina Clariana"):

**She's a Current Realtors Racketeering, Fraud Artist, Career Criminal Mobster Associate Of Liberty Realty, L.L.C. Hoboken New Jersey;**

## "SHE'S A FUGITIVE FROM JUSTICE"



## "MR. DISLA:"

### ("Silvina Clariana's Current Husband and previous Boyfriend")
### "A Violent Career Criminal Sick'o Nut Psychopath Mobster:"
### ("A current resident of Little Ferry, New Jersey")

"He's also a Child Molester, who together with Joseph Tamburo and Patrick Ricciardi has been known for surreptitiously Sexually Assaulting the plaintiff(s) as well as Children/Minors in the Dumont Seltzer Elementary School and in the Dumont High School Systems of Bergen County New Jersey from 1998 through and continuing """To Date,"""

*"I've Written Your Direction, "You Know Who You Are," You're Gon'na Be A Star"*
*"""All The Way To Heaven"""*

## "HE"S A FUGITIVE FROM JUSTICE"

## "CORPORATE REALTY:"
**The Current Hoboken, N.J. Office Of:  529 Washington Street, Hoboken, New Jersey:**
**KOSMOS BAGDANOS JR.**
**& DINO BAGDANOS**
OWNER(S)/C.E.O.(S)

They're Racketeering Mobsters who engage(ed) in "Frauds," Fictitious Scandals, surreptitious Sexual Assaults,
Individious Discrimination & Exempting, Criminal Coercions, "Black Balling,"
& Black Listings Of Their Victim.

<u>"THEY'RE VIOLENT CAREER CRIMINALS"</u>
*""""You Know Who You Are, You're Gon'na Be A Star""""*
<u>"THEY'RE FUGITIVES FROM JUSTICE"</u>

## "SILVINA CLARIANA:"
<u>Ex-Rental & Sales Associate</u>:  <u>"CORPORATE REALTY"</u> Hoboken, New Jersey:"
""""<u>SHE'S A RACKETEERING "FRAUDARTIST" SCANDALER</u>:"""
""""<u>SHE'S A LEACH</u>:"""

*** She's an extremely Violent Career Criminal "Leach" and "<u>An Originator Of Totally Fictitious Scandals</u>"
who together with her Violent Career Criminal BOYFRIEND, Patrick Ricciardi, Giovanni Labarbera, & Joseph Tamburo
together with ("Naima Grandella & her False Complainant Mid 20's Year Old NIECE")
& "The Michelle Russo Crime Family
engage(ed) in
"FORCING THE PLAINTIFF(S) OFF THE JOB"
and thereafter further engage(ed) in
"FORCING THE PLAINTIFF(S) OUT OF BUSINESS:"
She's has also been known and discovered as "Pat Ricciardi's, Joseph Tamburo's, John Labarbera's
and The Michelle Russo Crime Families "PROSTITUTE" as well as other Hoboken, Realtors:
*"You Know Who You Are, You're Gon'na Be A Star"*
" <u>SHE'S A FUGITIVE FROM JUSTICE</u> "

---

## "REALTY EXPRESS LABARBERA REALTORS:"
**LICENSE # 8410306**
**"GIOVANNI JOHN LABARBERA & Son: "Vincent Labarbera"**
**(OWNERS/C.E.O.'s);**

They're Racketeering Mobsters who engage(ed) in "Frauds," Fictitious Scandals, surreptitious Sexual Assaults,
Individious Discrimination & Exempting, Criminal Coercions, "Black Ballings" & "Black Listings Of Their Victim(s) "
<u>"THEY'RE VIOLENT CAREER CRIMINALS"</u>
**"You know who you are, You're Gon'na Be a Star"**
<u>"THEY'RE FUGITIVES FROM JUSTICE"</u>

## "SILVINA CLARIANA:"
<u>"Ex-Rental & Sales Associate</u>:  "REALTY EXPRESS,"
<u>"Labarbera Realtors,"</u> Hoboken, New Jersey:"
""""<u>SHE'S A RACKETEERING FRAUD ARTIST, SCANDALER</u>:"""
""""<u>SHE'S A LEACH</u>:"""

""""She's an extremely Violent Career Criminal "Leach," and "<u>An Originator Of Totally Fictitious Scandals</u>"
who together with her Violent Career Criminal BOYFRIEND, Patrick Ricciardi, Giovanni Labarbera, & Joseph Tamburo
together with
"Naima Grandella & her False Complainant Mid 20's Year Old NIECE") & "The Michelle Russo Crime Family
engage(ed) in "FORCING THE PLAINTIFF(S) OFF THE JOB"
and thereafter further engage(ed) in
"FORCING THE PLAINTIFF(S) OUT OF BUSINESS:"
She has also been known and discovered as "Pat Ricciardi's, Joseph Tamburo's, John Labarbera's
and The Michelle Russo Crime Families "PROSTITUTE" as well as other Hoboken, Realtors:
"You Know Who You Are, You're Gon'na Be A Star"
<u>"SHE'S A FUGITIVE FROM JUSTICE"</u>

"THE CURRENT "JOSEPH ASSENZIO/REMUNDI SR. & SON N.Y. N.J. INTERSTATE"
<u>"CRIME FAMILY</u> OF YONKERS NEW YORK;"
together with
"THE WEICHERT REALTORS <u>"CRIME FAMILY;"</u>
together with
"THE EX-"MILE SQUARE CITY REALTY <u>CRIME FAMILY;"</u>
together with
<u>"THE MICHELLE RUSSO"</u>
<u>"CRIME FAMILY"</u>
"OF HOBOKEN NEW JERSEY;"

**Page 16. of 21.**

# SYNOPSIS

## Of Victim(s)/Plaintiff's ("George M. Doumit's") Professional Back Round
## "Prior To" Contractual Employment With Weichert Realtors:

From 1984 through 1989 Municipalities and Banking Institutions & Services: including (but not limited to): Real Estate Property Tax Revaluation(s); Banking; Mortgages; and Originating; Real Estate Fee Appraising.

Creating and/or building strategies of developing Real Estate Investments through Legally Leveraging "Political Science" Of Law; taught to the victim(s)/plaintiff(s) in the early part of 1989 by both Charles Scro Esq. and Vincent Scro C.P.A. of Cliffside, New Jersey, when they invited the victim(s)/plaintiff(s) for the Sale of 239 Central Ave. Hasbrouck Heights, New Jersey. We then after "together" continued, (""""they representing the victim(s)/plaintiff(s) """" As Advisors"""").

Charles Scro Esq. And Vincent Scro C.P.A. then connecting the victim(s)/plaintiff(s) to Arthur Arranda (a mortgage Banker/Loan Officer) who then represented the victim(s)/plaintiff(s) thereafter ... *("The Victim(s)/plaintiff(s) Then """"Unknowingly"""" Became """"The Fall Guy"""" For Their Bad Investments"""").* Although, in return, they then became the victim(s)/plaintiff(s) Professors: *"""" My Mentors """"* ...

The victim(s)/plaintiff(s) """"Mentors"""" then became """" Teachers """" ... Of A Specific Legal Reasoning ... """" Of A Financier. """"

They then in 1989/90 invited the victim(s)/plaintiff(s) into """"The Upper "White Collar"""" Circle"""" Of Professionals"""" such as including (but not limited to) Esq.(s), C.P.A.(s). Banker(s), M.D.(s), C.E.O.(s), C.F.O.(s), etc. etc. etc. Surrounding "The Hudson River Water Front """" Of Hudson/Bergen County(s) Of New Jersey.

Charlie Scro Esq. then jokingly """"Nick Naming The Victim(s)/Plaintiff(s); introducing the victim(s)/plaintiff(s) into the White Collar Circle Of Professionals AS Quote: """"The Real Estate WHEELER DEALER."""" Unquote; *with reference to My Unusual Capabilities.*

They then in 1992 connecting the victim(s)/plaintiff(s) to Philip Apovian Esq. Of Fort Lee & Englewood Cliffs New Jersey, who further taught the victim(s)/plaintiff(s) Political Science: "Law Defense; we then "together" continuing: Philip Apovian Esq. ("they representing the victim(s)/plaintiff(s) """"As Advisor(s)"""").

Then in 1992/93 and thereafter Stephen Leon *("His Honor")* State Of New York: Circuit Court: JUDGE: Winston Towers, Palisades Park, New Jersey, who taught the victim(s)/plaintiff(s) """"Expert Legal Defense"""" as we sat drinking Wine "together" in his Palisades Park, N.J. Condominium: He Then Became The Victim(s)/Plaintiff(s) """"Teacher""""...*"""As another one of My Mentor(s)""""...* and the victim(s)/plaintiff(s) is (are) a very good Student(s)"""" ... an excellent Student.""""

Additionally, thereafter, in 2000, N.Y. N.Y. Suzanne G. Chmura: Vice President C.E.O. CHASE "Global Assets" MANHATTAN BANK; who additionally became one of the victim(s)/plaintiff(s) Teachers: *As* another one of My Mentor(s).""""

Furthermore, including (but not limited to): the victim(s)/plaintiff(s) Esq. Friends !!!? N.J. N.Y. Fl. CA. Washington, D.C. including (but not limited to) I.R.S. RECORDS ... "Library Of Congress RECORDS ... """"Copyright Infringement."""""

*Someone and/or Some Person(s) is (are) """"DEFAMING"""" OUR GOOD NAMES"""" ... DEFAMING ALL OF US"""" !!!?*

"""" *a Financier* """"
*"of Real Estate Development Strategies Of Law,"*
"""" *an Entrepreneur,* """"
"""" *a Republican,* """" *"Monogamous,"* """" *Conservative,* """" *"Heterosexual,"*
"""" *Liberal Artist.* """"
"""" *Creator Of* """"
"""""" *ROMANZA* """"""
*"All Great Men In History*
*Took A Couple Of Falls Before Rising To Their Greatness."*
*"Quote Her."*
*"All Great Men In History*
*Had A Great Women Behind Them."*
*"Quote Me."*
*... "We'll Meet Again" ... "You and I" ... "Face to Face" ...*

# "DEMAND:"

# WHEREFORE plaintiff(s) demand judgment of $ 47,400,000,000.oo damages of relief by Jury:

A). for the Truth.

B). for Justice.

C). for the defendants Obstruction(s) Of Justice.

D). for "Conspiracy."

E). for Individual Co-defendants Personally and in their Official Capacities "as accessories to the facts hereto."

F). for surreptitious Abuse Of Qualified Privilege(s).

G). for the defendants Creating Totally Fictitious Scandals:  Including (but not limited to) Creating Fictitious Sexual Harassment Allegations: ("Totally Lacking Any Probable Cause").

H). for Knowingly Wrongfully Victimizing ("their Victim(s)") "the plaintiff(s)," through their use of Organized Mob Tactics/Methods Of Organized Crime: ("THE FICTITIOUS NICK NAMING" ("Of Their Victim(s)"): OF THE PLAINTIFF(S) AS: including (but not limited to): Quote: """"A SEX OFFENDER"""" Unquote.

I). for patterns of surreptitious multiple Acts Of various Organized Corruptions and Criminal Violence(s) by and through which the defendants did in fact victimized the plaintiff(s), ("continuing to date, as well as for life").

J). for Forcing the plaintiff(s) Off The Job.

K). <u>for Forcing the plaintiff(s) Out Of Business,</u> ("including Forcing the plaintiff(s) Out Of Interstate Business").

L). for Forcing the plaintiff(s) into Bankruptcy ("by illegal "Criminal, and Discriminatory, Restrictions Of The Plaintiff(s) Freedom(s) Of Action(s), and Access(s)") To Employments: including Alternative Employments and Applications; ("and Public Facilities Usage"): through defendants Verbal and Physical, Criminal, Discriminatory, and Sexual Intimidations: Criminal Violence: CRIMINAL COERCIONS.

M). for individual defendants personally and in their Official Capacities treble liabilities ("malicious wanton, extreme, outrageous, disregard, "through criminal means factor(s):" TREBLE LIABILITIES: Treble Libel(s)") Reconstructive Unlimited TREBLE DAMAGES including (but not limited to: patterns of wanton manner intentional inflictions OF FRAUDS:" ("including but not limited to: Contractual Frauds"): "Invasions Of Privacys: "Theft(s)," "Individious Discrimination & Exempting," Hate Crimes, "Entrapments," CRIMINAL COERCIONS, "Black Mail," Extortion(s), Larceny(s), including Grand Larceny(s), "INTIMIDATIONS," "Stalkings by Stealth(s) with malicious intent(s) to harm and/or to commit Homicide(s), Harassment including Discriminatory Harassment, Terroristic Threats, and ASSAULTS including THROUGH THE USE OF Hand GUNS and Switchblade NIVES: "CRIMINAL VIOLENCE," Assaults and Battery(s) including Of Abusive Sexual Behaviors as well as Children/Minors Sexual Abuse/Assault(s)/Battery(s), "Invasion(s) Of Plaintiff(s) Privacy(s)," INTENTIONALLY FILING FALSE POLICE REPORTS AND COMPLAINTS: """"FALSE IMPRISONMENTS:"""" CRIMINAL COERCION(S): "Forcing The Plaintiff(s) Off The Job, through Criminal Violence and "Forcing The Plaintiff(s) Out Of Business through patterns of Criminal Violence: """"A TOTAL LACK OF WORK PLACE SECURITY:"""" A TOTAL LACK OF EMPLOYEE SECURITY: """"A TOTAL LACK OF POLICE PROTECTION:"""" – "Restricting The Plaintiff(s) Freedom(s) Of Action(s), and Access To Employment and Public Facilities Usage(s)" through "Total Breach and Lack Of Procedural Due Process" and Service Of Such, At The Work Place "Before" Totally Lacking Probable Cause,... "False Imprisonment," further Criminal Coercion(s), Defamation(s), Slander(s), Libel(s), "Wrongful Discharge: Hate Crimes:" Totally Lacking Any Prior Notice Of Any Negativity(s), Nor Proof Of Such, "Nor Proof Of Service," Totally Lacking Any Probable Cause: "WRONGFUL DISCHARGE:" Back Pay / Back Average Monthly Commissions and Front Pay / Front Average Monthly Commissions, Interest, Benefits, Tort(s),

""""Compensatory"""" and Punitive Damages, pursuant to Racketeering Influenced Corrupt Organizations Act: (1970) Federal Statutes 1.04 at 1-20 (1998) together with 18 USCA 1961-1968 (1970) Interstate Commerce Act together with N.J.S.A. Little R.I.C.O. Act …Including additional Federal and State Statutes.

N). for individual defendants personally and in their Official Capacities liabilities ("malicious wanton, extreme, outrageous, disregard, "through criminal means factor(s)" Intentional Inflictions:" Defamations, Slanders, Libels"), """"Reconstructive Unlimited Damages: "INDIVIDIOUS DISCRIMINATION & EXEMPTING,"""" HATE CRIMES: Extortions: Black Mail: "WRONGFUL DISCHARGE:" Back Pay / """"Back Average Monthly Commissions,"""" Front Pay / """"Front Average Monthly Commissions,"""" Interest, Benefits, Torts, """"Compensatory"""" and Punitive Damages, Including (but not limited to): "pursuant to Criminal and Civil Violations of the Age Discrimination in Employment Act of (1967) as amended (ADEA: ("From Age - 40 and to date Age - 46"), and Sex together with Sexuality: ("Monogamous Male Hetero-Sexual"), Religion: "Jewish/Scientologist"), National Origin: ("Syrian"), in Criminal and Civil Violations of Title VII of the Civil Rights Act of 1964, as amended (Title VII), together with The Equal Pay Act, and Retaliation(s) in criminal and civil violation(s) Of Section 704(a) of Title VII, Section 4(d) of the ADEA and Section 503(a) of the ADA … (together with in connections to paragraph M.) and hereto.

O). for the defendants Total Criminal and Civil Violations of the plaintiff(s) Civil Rights.

P). for the defendants Criminal and Civil Violations Of United States Constitutional Law: including (but not limited to): Violations Of: "Illegal Approach(s): ("Totally Lacking Probable Cause(s) = Criminal Violence") = Invasion(s) Of Privacy(s) = Theft(s) = The Fourth Amendment: ("Illegal Search and Seizure") = Entrapment(s) = "Stalking(s): Stealth(s)" = CRIMINAL VIOLENCE = Abduction(s) = ("1st. Degree Kidnapping(s)") = """"FALSE IMPRISONMENT(S)"""" = CRIMINAL COERCION(S) = """"FICTITIOUS NICK NAMING"""" Of The Victim(s)"""" = """"AVOIDING ("""and Evading"""" CRIMINAL PROSECUTIONS"""" AND LIABILITES. """"

Q). for Detriment Damages.

R). for Black Listing of the plaintiff(s) Employment Records, Contracts, "Independent Contracts," / "and Professional Careers," ("including Creating totally fictitious B.C.I. / D.M.V. Records") "Creating totally fictitious Scandals, Defamations: "Verbal Slanders," LIBELS."

S). for TORTIOUS DEFAMATION(S): """"Verbal Slander(s):"""" Libel(s): Causing Plaintiff(s) Economic Impediment(s) to plaintiff(s) Employments, Contracts, "Independent Contracts," other Contracts: and in other Contracts and Careers.

T). for Destroying The Plaintiff(s) "Good Name," Good Will, and Good Intentions, "For Life."

U). for "Destroying all of the plaintiff(s) future aspects of Employments: " ("Investor/Consultant: Real Estate Careers") & ("Theatrical Careers: Acting & Writing Etc.").

V). for Destroying the plaintiff(s) ("current and future aspects") Of Both Social and Private Intimate Relationships.

W). for Destroying the plaintiff(s) children's Good Names for life.

X). for Reverse Engineering "The Plaintiff(s) Copyrights - "Copyright Infringements" Theft, Grand Larceny(s).

Y). for Plotting and/or by causing with malicious intent "The Plaintiff(s) Homicides" ("by 1ˢᵗ. Degree Premeditation") and by attempt on numerous occasions..

Z).   for Special Damages ("General Damages"): ("Past and Future"): """"reputation,"""" mental suffering, """"physical sickness,"""" wounded feelings and humiliation etc. etc.

Z-1).   for Express Malice: "A Wrongful Personal Intent To Injure;"
*(and possibly including incidents of "Actual Malice").*

Z-2). for Criminal, Discriminatory, and Sexual Intimidations.

Z-3). for Sex Crimes Victimizing Children/Minors.

Z-4). for Intentional Infliction Of Emotional Distress.

Z-5). for Negligent Inflictions Of Emotional Distress.

Z-6). for Negligent Hiring, Retention, and Training.

Z-7). for Loss Of Consortium.

Z-8). for Negligence In Policies and Procedures:
*("including Wanton Manner Intentional Inflictions Of Negligence(s)").*

Z-9). for Costs.

Z-10). for  such other further relief as the jury may deem reconstructive, compensatory and just.

FEBRUARY 15ᵀᴴ. 2005

GEORGE M. DOUMIT
PRO SE PLAINTIFF

2005 FEB 22  P 4: 54
RECEIVED-CLERK
U.S. DISTRICT COURT

## CERTIFICATION OF VERIFICATION AND NON-COLLUSION

I am the plaintiff in the above entitled action.  The allegations of the complaint are true to the best of my knowledge, information, and belief, and the complaint is made in truth and good faith, and without collusion, for the causes set forth in it. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

FEBRUARY 15ᵀᴴ. 2005

GEORGE M. DOUMIT
PRO SE PLAINTIFF

# CERTIFICATION

**GEORGE M. DOUMIT**, of full age, hereby certifies:

1). I am the plaintiff in the within cause of action.

2). To the best of my knowledge and belief, this matter in controversy was and currently is the subject of other actions:

<u>**JOINDER(S) in connections to:**</u>
including (but not limited to):

**2-A). United States Equal Employment Opportunity Commission:**
**Charge Of Discrimination:  Wrongful Discharge:**
**Charge No. 171 - 2004 - 00351:**
**Notice Of Suit Rights:**

**2-B).  United States Federal Civil Docket Case No. 2:04-CV-2647**
**2-C).  United States Federal Civil Docket Case No. 2:04-CV-6188**
**2-D).  United States Federal Civil Docket Case No. "Pending" 02/03/05**
**DOUMIT -vs- Coldwell Banker Realtors <u>et. al</u>.**

3).  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**FEBRUARY 15TH. 2005**

GEORGE M. DOUMIT
PRO SE PLAINTIFF

---

CC:
"Federal Agencies," Including (but not limited to): The United States Department Of Justice,
"The United States Attorneys Office," F.B.I. Organized Crime Division, Washington, D.C.
<u>"THE PARENTS"</u> OF SELTZER ELEMENTARY SCHOOL AND DUMONT HIGH SCHOOL Of
The Dumont School District, Bergen County School Systems Of The State Of New Jersey.

2005 FEB 22  P 4: 54
RECEIVED-CLERK
U.S. DISTRICT COURT

# NOTICE:

The following <u>E.E.O.C.</u> <u>Two</u> <u>Page</u> <u>Complaint</u> <u>Form(s)</u> 5 (5/01) <u>ARE</u> affected and <u>PROTECTED</u> by the Privacy Act Of 1974.

""""" <u>SEALED</u> """""
""""" <u>FOR THE COURT'S VIEWING ONLY</u> """""

<u>NO</u> Defendants.
<u>NO</u> Attorneys.

EEOC Form 5 (5-01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 171-2004-00351 |

2004 FEB -5  PM 3:47

New Jersey Division Of Civil Rights _____ and EEOC

_State or local Agency, if any_

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. George M. Doumit | (561) 346-5994 | 05-15-1958 |

| Street Address | City, State and ZIP Code |
|---|---|
| 29 Notchwood Road,  Butler, NJ 07405 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others   (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PUBLISHERS CIRCULATION FULFILLMENT | 15 - 100 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 433 Hackensack Avenue, 11th Fl,  Hackensack, NJ 07601 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   ☒ RELIGION   ☒ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest  **02-17-2003**   Latest  **03-03-2003**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed part-time as a Telemarketing Associate Representative with the above named employer from November 25, 2002, until March 3, 2003, when I was discharged without any indication, notice or warnings. I maintained an exceptional work performance record. I was the "top producer".

During my employment, I was harassed. I was called a whore, pimp, sugar daddy, and that all person(s) I knew before working for the company were sex offenders, whores and pimps etc. I was not to make friends with the younger employees.

I believe that an illegal investigation into my background of religion was conducted because they started coming up with all kinds of things from my past. I was called "Jew/Arab terrorist by Chris Shamon and Nate (last name unknown), officers of the company.

During the last few days before my discharge, they made specific remarks in the elevators and halls out loud, stating I was an "Arab Terrorist, a Jew Terrorist, and that I was a terrorist of Jews out to destroy the New York Times."

The company would send specific women over to me while I was on the telephone to feel my chest, back, body and waist to determine if I was wearing a bullet proof vest.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Feb 05, 2004**<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br>5 February 2004 |

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **171-2004-00351** |

2004 FEB -5  PM 3: 5 **New Jersey Division Of Civil Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(Continued from previous page)*

At the beginning of my employment, they believed me to be gay after I delivered some greetings to the CEO of the company. Chris Shamon and Nate started calling me "faggot" in front of everybody.

I believe that I have been discriminated against because of my age (45), in violation of the Age Discrimination in Employment Act of 1967, as amended (ADEA), and my religion (Jewish/Scientologist), national origin (Syrian) and sex (male), in violation of Title VII of the Civil Rights Act of 1964, as amended (Title VII).

Additional allegations made by me of various employees of management indicating to various females throughout Continental Plaza that I was a danger to them.

Individious discrimination and exempting: Total violation of civil rights.
Total lack of procedural due process of how to address sexual harassment allegations at the work place.

Barring me from employment at Continental Plaza, Hackensack, NJ.

Creating a ficticious police record. Additionally my allegations against the employer in connection to my questionnaire addendum pages.

Exempting from promotions. Exempting me from interoffice occasions/holidays such as "Valentine's day"; common interoffice practice.

---

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Feb 05, 2004** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date    Charging Party Signature | 5 February 2004 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### UNITED STATES COURTHOUSE
50 WALNUT STREET, NEWARK, NEW JERSEY

**GEORGE MICHAEL DOUMIT**
409 WASHINGTON STREET. # 124
HOBOKEN, NEW JERSEY 07030
Fl. Ph. MESG: (561) 346-5994
**VICTIM/PLAINTIFF PRO SE**

---

**GEORGE M. DOUMIT**
  **VICTIM/PLAINTIFF**

**-VS-**

**WEICHERT REALTORS**

MR. WEICHERT: OWNER/C.E.O.

**JOSEPH TAMBURO**
MANAGER/BROKER/SALES REPRESENTATIVE OF WEICHERT REALTORS

**PATRICK RICCIARDI**
MANAGER/BROKER/SALES REPRESENTATIVE OF WEICHERT REALTORS

ADDITIONAL
INDIVIDUAL EMPLOYEES:
AND/OR INDEPENDENT CONTRACTORS
OF WEICHERT REALTORS
TO FOLLOW
UPON JOINDER AND AMENDMENT

**DEFENDANTS**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action Docket No.

**2:04-CV-04319** JLL - RJH

**NOTICE OF CLAIM
OF COMPLAINT:**
**AMENDMENT(S)**
TOGETHER WITH
**SUMMONS(S)**
**TO FOLLOW**

---

## NOTICE OF JIONDER OF
### ADDITIONAL INDIVIDUAL DEFENDANTS
### AND/OR SEPARATE REALTORS COMPANIES/CORPORATIONS
### DEFENDANTS
### AND/OR
### CITY, MUNICIPAL, COUNTY, AND/OR STATE GOVERNMENTAL
### DEPARTMENTS
### AND/OR
### BOARDS DEFENDANTS
TOGETHER WITH
AMENDMENT(S) (AS NOTED ABOVE)
### TO FOLLOW
### UPON AMENDMENT

**DEFENDANTS**
Including (but not limited to):
THE CITY OF HOBOKEN, NEW JERSEY;
EX-HOBOKEN MAYOR - ANTHONY RUSSO,
AND WIFE MICHELLE RUSSO,
AND SON MICHAEL RUSSO;
THE HOBOKEN CITY POLICE DEPARTMENT;
RIVERSIDE REALTY
RUSSO/NAIMA GRANDELLA;
REALTY EXPRESS
AND LABARBARRA AND SON
THE OWNERS OF SUCH;
HUDSON COUNTY
AND IT'S BOARD OF REALTORS;
STATE OF NEW JERSEY
AND IT'S DEPARTMENTS
OF BANKING AND INSURANCE
AND REAL ESTATE COMMISSION;
DEFENDANTS

Pg. 1. of 2.

Victim/Plaintiff George M. Doumit, with regard to his own safety and well being, additionally on behalf of his two teenage children's safety and well being, ages 16 "daughter" and 16/17 "son" by way of Complaint against the defendant(s) says:

"PARTIES" & Including (but not limited to): DIVERSITY OF JURISDICTION"
together with FEDERAL QUESTION(S): "See Amendment"

1.  The plaintiff George M. Doumit an Individual, a bona fide resident of New Jersey Hudson/Bergen County(s), Florida Primarily Hernando County(s), of 409 Washington Street #124, Hoboken, New Jersey 07030 was lawfully employed through an Independent Contractual Basis on June 29th, 1998 by the defendant(s) Weichert Realtors of 1625 State Highway Route 10 East, Morris Plains, New Jersey 07950.

2.  The plaintiff 's Independent Contract was Wrongfully Terminated, Defamed and Slandered and Scandaled "to date" ("both in written form together with verbal Assaults to date") ON or about September 04th, 1998 by the defendant(s) Weichert Realtors, Owner/C.E.O. Mr. Weichert, Joseph Tamburo, Pat Riccihardi, as well as others to be named within plaintiff(s) amendment, ("the defendants Libelous under six year statute of limitations" in connections to other defendants to be joindered within plaintiffs amendment" ... See Page One).

3.  "The defendants additionally CAUSING" Plaintiffs Tortress Economic Unlawful Impediments: ...
"The defendants Libelous To Date" together with for Back Pay/Back Commissions, Front Pay/Front Commissions together with various additional Damages. The plaintiff(s) additional Tort Claims in some matters "existing to date" under 1, 2, 3, & 4 – 6 Year Statutes Of Limitations

4.  The Defendants Including (but not limited to): THE CITY OF HOBOKEN, NEW JERSEY; EX-MAYOR ANTHONY RUSSO, AND HIS WIFE MICHELLE RUSSO, AND SON MICHAEL RUSSO; THE HOBOKEN CITY POLICE DEPARTMENT; RIVERSIDE REALTY: RUSSO/NAIMA GRANDELLA: OWNER OF SUCH; REALTY EXPRESS AND LABARBARRA AND SON: OWNERS OF SUCH; HUDSON COUNTY AND IT'S BOARD OF REALTORS; STATE OF NEW JERSEY AND IT'S DEPARTMENT OF BANKING AND INSURANCE AND REAL ESATE COMMISSION; DEFENDANTS.

OTHER CONTRACTUAL
5.  CAUSES OF ACTION:   DEFAMATIONS SLANDERS.
Including (but not limited to):
Federal Statutes 1.04, at 1-20 (1998), & 18 USCA 1961-1968 (1970) "under 10 Year Statute Of Limitations; and/or N.J.S.A. Little Statutes.
The defendants verbal and physical Intimidations of Criminal Coercion(s):
"FORCING The Plaintiff(s) OFF THE JOB through Criminal Violence."
"FORCING The Plaintiff(s) OUT OF BUSINESS through Criminal Violence."
The defendants Criminal and Civil Violations/Restrictions "to date" of the plaintiff(s) Employment Civil Rights as defined under Federal 42: 1983 Civil Rights Act: Employment Discriminations Individuos Discrimination(s), ("Lack Of Procedural Due Process"), Through Defendants Exempting The Plaintiff(s), and Other Civil Rights Matters.
The defendants Creating Fictitious Scandals with intent to Assault,
Defame, and Slanders the plaintiff(s) Independent Contracts
through Criminal Violence, "and various Mob Tactics Of Organized Crime."
"THE DEFENDANTS UNLAWFULLY BARRING PAINTIFF(S) FROM EMPLOYMENT:"
The Defendants Restricting Plaintiff(s) Freedom(s) Of Action(s) and Access To Employment By and Through Various Intimidation(s) and Assaults Of Criminal Violence.
"The defendant(s) Black Balling/Black Listing/Forcing Plaintiff(s) Out Of Business through Criminal Means."
The Defendants Destroying Including (but not limited to): Plaintiff(s) Good Names, Good Standings, and Professional Career(s) through the defendants Creating Fictitious Scandals.
The Defendants Criminal Behaviors and Acts Of Violence "To Date."
The Plotting and/or by causing with Malicious Intent "The Plaintiff(s) Homicides" (by 1st. Degree Premeditation) and attempt.

"DEMAND"
WHEREFORE plaintiff(s) demand judgment of $ 35,000,000,000.oo damages of relief by Jury:

SEPTEMBER 02, 2004

GEORGE M. DOUMIT
PRO SE PLAINTIFF

CERTIFICATION OF VERIFICATION AND NON-COLLUSION
I am the plaintiff in the above entitled action. The allegations of the complaint are true to the best of my knowledge, information and belief, and the complaint is made in truth and good faith, and without collusion, for the causes set forth in it. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

SEPTEMBER 02, 2004

GEORGE M. DOUMIT   PRO SE PLAINTIFF

Pg. 2. of 2.

RECEIVED
WILLIAM T. WALSH, CLERK
2004 SEP-3 A 11:45
UNITED STATES
DISTRICT COURT



George Michael Doumit



George Michael Doumit



George Michael Doumit

CM/ECF LIVE - U.S. District Court for the District of New Jersey                    Page 1 of 1

## Complaints and Other Initiating Documents
2:04-cv-04319-JLL-RJH DOUMIT v. WEICHERT REALTORS et al

### U.S. District Court

### District of New Jersey [LIVE]

Notice of Electronic Filing

The following transaction was received from entered on 9/9/2004 at 11:21 AM EDT and filed on
9/3/2004

**Case Name:**        DOUMIT v. WEICHERT REALTORS et al
**Case Number:**      2:04-cv-4319
**Filer:**            GEORGE M DOUMIT
**Document Number:** 1

**Docket Text:**
COMPLAINT against CITY OF HOBOKEN, RUSSO/NAIMA GRANDELLA, HOBOKEN CITY
POLICE DEPARTMENT, HUDSON COUNTY, MR. WEICHERT, REALTY EXPRESS, PATRICK
RICCIARDI, RIVERSIDE REALTY, ANTHONY RUSSO, MICHAEL RUSSO, MICHELLE RUSSO,
STATE OF NEW JERSEY, JOSEPH TAMBURO, WEICHERT REALTORS ( Filing fee $ 150 receipt
number 325939.) , filed by GEORGE M DOUMIT.(ji, )

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1046708974 [Date=9/9/2004] [FileNumber=345893-0]

[a4a9b2.fafdfcfa13739b2ff261e5b07753bd1b062e0bb7eb7c89e3ebe0eb9c4907549
928432056ea8a758844322a758f3166e1344e4f6fc6271e171e35c24a06]]

**2:04-cv-4319 Notice will be electronically mailed to:**

**2:04-cv-4319 Notice will not be electronically mailed to:**

GEORGE M DOUMIT
409 WASHINGTON ST #124
HOBOKEN, NJ 07030