**UNITED STATES DISTRICT COURT**
District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

June 28, 2005

**NOT FOR PUBLICATION**

**LETTER-OPINION & ORDER**

George Michael Doumit
409 Washington Street, # 124
Hoboken, NJ 07030

Edward J. Florio
Florio & Kenny, LLP
100 Hudson Street
P.O. Box 771
Hoboken, NJ 07030

Joseph A. Pojanowski
Pojanowski & Trawinski, P.C.
1135 Clifton Avenue – Suite 206
Clifton, NJ 07013

      Re:    **Doumit v. Weichert Realtors, et al.**
                 **Civil Action No.: 04-CV-4319 (JLL)**

Dear Counsel:

      This action was dismissed on May 16, 2005 under Federal Rules of Civil Procedure 8(a) and 12(b)(6). Plaintiff filed a notice of appeal on June 17, 2005. On that same day, he filed, with this Court, an application to proceed <u>in forma pauperis</u>.

      Plaintiff's application is DENIED. For the reasons set forth in the Court's Letter-Opinion and Order of May 16, 2005, and because the instant appeal does not set forth anything other than the same allegations that warranted dismissal in the first instance, the Court certifies that plaintiff's appeal is not taken in objectively good faith. <u>See</u> 28 U.S.C. 1915(a)(3); Fed. R. App. P. 24(a)(3)(A). Allowing the appeal to proceed without prepayment of the applicable docketing fee would constitute a waste of highly limited public resources. <u>Cf.</u> <u>Doumit v. Coldwell Banker</u>

Realtors, Nos. 05-2061, 05-2505 (3d Cir. June 22, 2005) (dismissing strikingly similar appeal filed by plaintiff as frivolous under 28 U.S.C. § 1915(e)(2)(B)).  Plaintiff is entitled, of course, to file a motion to proceed in forma pauperis with the Court of Appeals.  See 3rd Cir. LAR 3.3(b).

      SO ORDERED.

                                        /s/ Jose L. Linares
                                        United States District Judge